No. 16,731.

HOCHSTADT, DOING BUSINESS AS HOCHSTADT MOTOR SALES,
ET AL. *v.* MILLER ET AL., DOING BUSINESS UNDER
THE NAME OF LEE'S CAR MARKET, ET AL.
(236 P. [2d] 544)

Decided September 17, 1951. Rehearing denied October 15, 1951.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Messrs. MOSKO & SLATKIN, for plaintiffs in error.

Mr. DONALD C. MCKINLAY, for defendants in error, Miller.